UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NEW HOPE FAMILY SERVICES, INC.,

                                    *Plaintiff*,

                -against-

LETITIA JAMES, in her official capacity as New York
Attorney General, et al.,

                                    *Defendants*.

---

**NOTICE OF CROSS-MOTION**

21-CV-1031

MAD/TWD

PLEASE TAKE NOTICE that upon the Complaint, the accompanying Declaration of Gina N. Martinez, Memorandum of Law, and all prior proceedings, Defendants Letitia James, Licha Nyiendo, Gina Martinez, Julia B. Day, and Melissa Franco, on a date and time to be scheduled by the Clerk of the Court, or as soon thereafter as counsel can be heard, will make a cross-motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint in its entirety with prejudice, together with such other or further relief as may be just.

Dated: Albany, New York
       November 16, 2021

                                                          BARBARA D. UNDERWOOD
Attorney General of the State of New York
Attorney for Defendant, Sheila J. Poole
The Capitol
Albany, New York  12224

By: *s/ Adrienne J. Kerwin*
Adrienne J. Kerwin
Assistant Attorney General, of Counsel
Bar Roll No. 105154
Telephone: (518) 776-2608
Fax::   (518) 915-7738 (Not for service of papers)
Email: Adrienne.Kerwin@ag.ny.gov

To:    Mark Lippelmann
       Roger Greenwood Brooks
       David A. Cortman
       Jonathan A. Scruggs
       Jeremiah Galus