United States District Court
Northern District of New York

_____

New Hope Family Services, Inc.,

                          Plaintiff,

          V

Letitia James et al.,

                       Defendants.

_____

Case No. 5:21-cv-01031-MAD-TWD

Stipulation of Dismissal

It is hereby stipulated and agreed that no party hereto is an infant or incompetent and that this action be and is dismissed against William Fitzpatrick with prejudice and without costs or an attorney's fee to any party.

Dated: May 8, 2023

_____
Jeremiah Galus
Bar Roll Number: 700629
Attorney for New Hope Family Services, Inc.
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Email: jgalus@adflegal.org

Dated: 8 May 2023

_____
John E. Heisler Jr.
Bar Roll Number: 301476
Attorney for William Fitzpatrick
Onondaga County Department of Law
John H. Mulroy Civic Center, 10th Fl.
421 Montgomery Street
Syracuse, NY 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729
Email: johnheislerjr@ongov.net

1

Dated:   May 9, 2023

*Adrienne J. Kerwin*

Adrienne J. Kerwin
Bar Roll Number: 105154
Attorney for Letitia James, Licha Nyiendo,
Maria Imperial, Melissa Franco, Gina
Martinez, and Julia Day
Office of the Attorney General
State of New York
The Capitol
Albany, NY 12224
Telephone: (518) 776-2608
Email: adrienne.kerwin@ag.ny.gov

2